205 So.2d 443

**Gerald D. RUTHARDT et al.**

v.

**James R. TENNANT.**

No. 48981.

Nov. 17, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.